IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ANGELA SICKLES, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-005 |
| AUGUSTA COLLECTION AGENCY, INC., | * | |
| Defendant. | * | |

O R D E R

Before the Court is the parties' Stipulation to Dismiss. (Doc. 9.) Plaintiff and Defendant consent to dismissal. Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear her/its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA